United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERCO INC,

    Plaintiff,

v.

CBIZ TECHNOLOGIES LLC,

    Defendant.

_____/

No. C 10-2700 CRB

**ORDER**

    This Court is in receipt of Plaintiff's Motion for Leave to Appeal. Defendant is hereby ordered to file a response. The response shall be filed by August 13, 2010, and shall not exceed 10 pages.

**IT IS SO ORDERED.**

Dated: July 28, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2700\Order to Respond.wpd